THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PERINSKY, Appellant.— Judgment of the County Court of Nassau county convicting defendant of the crime of maintaining a public nuisance unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.